

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2022

No. 04-22-00455-CV

William **FISHBACK**,
Appellant

v.

James Patrick **WALKER** Sr.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVK000319D4
Honorable Sid L. Harle, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDITION. Costs of court for this appeal are taxed against William Fishback.

It is so **ORDERED** on September 7, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2022.

_____
Michael A. Cruz, Clerk of Court